George P. Nicholson, Corporation Counsel (Joel J. Squier, Joseph G. Matthews and Charles E. Clarke of counsel), for appellants.

Hyman Rubin, Arthur P. Hilton and Clarence C. Ferris for respondent.

Order affirmed, with costs, on opinion of YOUNG, J., below.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.

---

ANTHONY NIESEN, Appellant, v. CHARLES GALEWSKI, Respondent.

*Commissions — action by broker against prospective customer to recover commissions he would have received from owner had sale been consummated.*

Niesen v. Galewski, 211 App. Div. 858, affirmed.

(Argued May 5, 1925; decided June 2, 1925.)

APPEAL from a judgment, entered December 19, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was brought by a broker against a prospective purchaser of real estate to recover commissions which the broker would have received from the owner had the customer purchased the premises and executed a formal contract of purchase and acquired title in accordance therewith.

Francis X. Carmody, Joseph H. Kutner and Kenneth C. Newman for appellant.

Jacob Landy and Joseph E. Greenberg for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.